# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM 39854 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Cody M. BROWN** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Special Panel** |

On 30 June 2021, this court released its opinion in the above-captioned case, in which we rejected Appellant's argument that the convening authority erred by failing to take action on his sentence in reliance on the decision of the United States Court of Appeals for the Armed Forces (CAAF) in *United States v. Brubaker-Escobar*, ___ M.J. ___, No. 20-0345, 2021 CAAF LEXIS 508 (C.A.A.F. 4 Jun. 2021). *United States v. Brown*, No. ACM 39854, 2021 CCA LEXIS 321 (A.F. Ct. Crim. App. 30 Jun. 2021) (per curiam) (unpub. op.).

On 19 July 2021, the CAAF granted a petition for reconsideration, recalled the mandate issued on 22 June 2021, and vacated the judgment of its 4 June 2021 decision in *Brubaker-Escobar*. ___ M.J. ___, No. 20-0345, 2021 CAAF LEXIS 683 (C.A.A.F. 19 Jul 2021).

Accordingly, it is by the court on this 30th day of July, 2021,

**ORDERED:**

The court's 30 June 2021 decision is hereby **WITHDRAWN**. The record of trial will be returned to the court for completion of its Article 66, UCMJ, 10 U.S.C. § 866, review.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court